**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO. and ASSUREDPARTNERS OF COLORADO, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CINDY ACKERMAN JOHNSON, VICKI WILLING, AMANDA MACKIE, and HUB INTERNATIONAL LIMITED, <br><br> Defendants. | Case No. 1:26-cv-00539-RMR-SBP |

**AGREED STIPULATION REGARDING DEADLINE FOR
OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs ARTHUR J. GALLAGHER & CO. and ASSUREDPARTNERS OF COLORADO, LLC, along with Defendants CINDY ACKERMAN JOHNSON, VICKI WILLING, AMANDA MACKIE, and HUB INTERNATIONAL LIMITED (altogether, "the Parties"), respectfully request the Court enter this agreed stipulation setting March 3, 2026 as the deadline for Defendants' oppositions to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction. In support thereof, the Parties state as follows:

1.    On February 23, 2026, the Court entered a minute order, among other items, directing Plaintiffs to effect service and setting Defendants' opposition to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction for 7 days after service.

2.    Counsel for Ms. Ackerman Johnson agreed to waive service of the Complaint on February 24, 2026.

3.      Counsel for HUB, Ms. Mackie, and Ms. Willing agreed to waive service of the Complaint on February 24, 2026.

4.      Counsel for Plaintiffs have filed the respective waiver of service forms signed by counsel for the Defendants.

5.      Accordingly, the Parties agree and respectfully ask the Court to enter this stipulation setting March 3, 2026 as the deadline for Defendants' oppositions to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

Dated:  February 25, 2026            */s/ Michael P. Elkon*
                                     Michael P. Elkon

                                     Michael R. Greco
                                     FISHER & PHILLIPS LLP
                                     1125 17th Street, Suite 2400
                                     Denver, CO 80202
                                     (303) 218-3655
                                     mgreco@fisherphillips.com

                                     Michael P. Elkon
                                     Matthew T. Sharon
                                     FISHER & PHILLIPS LLP
                                     1230 Peachtree Street NE, Suite 3300
                                     Atlanta, GA 30309
                                     (404) 231-1400
                                     melkon@fisherphillips.com
                                     msharon@fisherphillips.com

                                     *Counsel for Plaintiffs Arthur J. Gallagher & Co.
                                     and AssuredPartners of Colorado, LLC*

2

Dated:  February 25, 2026

/s/ Philip A. Cantwell
Philip A. Cantwell
Kimberly B. Berve
Matthew E. Johnson
DOWD BENNETT LLP
1775 Sherman Street, Suite 2700
Denver, CO 80203
(303) 292-1200
pcantwell@dowdbennett.com
kberve@dowdbennett.com
mjohnson@dowdbennett.com

*Counsel for Defendant Cindy Ackerman Johnson*

Dated:  February 25, 2026

/s/ Christopher J. Dawes
Christopher J. Dawes, Atty. No. 33818
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO 80202
(303) 292-1200
cdawes@foxrothschild.com

Martin R. Martos II, Atty. No. 6303908 (IL)
FOX ROTHSCHILD LLP
321 North Clark Street, Suite 1600
Chicago, IL 60654
(312) 517-9200
mmartos@foxrothschild.com

Elizabeth A. Patton, Atty. No. 0391431 (MN)
FOX ROTHSCHILD LLP
33 South 6th Street, Suite 3600
Minneapolis, MN 55402
(612) 607-7000
epatton@foxrothschild.com

*Counsel for Defendants Vicki Willing, Amanda Mackie,
and HUB International Limited.*